# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

LEONA M. SWEGER,

     Plaintiff,

     v.

ANDREW SAUL[1],
Commissioner of Social Security,

     Defendant.

NO. 3:19-cv-0697

(SAPORITO, M.J.)

FILED
WILKES BARRE
AUG 20 2020
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 20th day of August, 2020, IT IS HEREBY

ORDERED that:

1.    The Commissioner's final decision denying the plaintiff's

application for benefits under Title II of the Social Security Act is

**VACATED** and **REMANDED** to conduct a new administrative hearing

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June
17, 2019. He is automatically substituted as a party pursuant to Fed.
R. Civ. P. 25(d). See also Section 205(g) of the Social Security Act, 42
U.S.C. § 405(g) (action survives regardless of any change in the person
occupying the office of Commissioner of Social Security). The caption in
this case is amended to reflect this change.

before a different, constitutionally appointed ALJ;

    2. The Clerk is directed to enter judgment in favor of the plaintiff;

    3. The Clerk shall mark this case as **CLOSED**.

Dated: August 20, 2020

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge